UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Matthew Metcalf** **Docket No. 4:12-CR-31-1D**

**Petition for Action on Supervised Release**

COMES NOW Jay Kellum, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Matthew Metcalf, who, upon an earlier plea of guilty to Manufacture and Production of Child Pornography, in violation of 18 U.S.C. §§ 2251(a) and (e), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on July 25, 2012, to the custody of the Bureau of Prisons for a term of 210 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for life.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Currently, Metcalf's projected release date from the Bureau of Prisons (BOP) is March 11, 2027. Recently, Metcalf provided his Bureau of Prisons case manager with a relocation request to reside with his father in the Northern District of Florida (NDFL). On August 10, 2026, our office received notification of the NDFL's intent to accept the case for transfer, provided the defendant's conditions of supervised release be modified to conform to their sex offender specific treatment conditions. Therefore, to provide the defendant with the best possible chance for successful reentry into society, it is respectfully recommended that the defendant's conditions be modified. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. As directed by the probation officer, you must enroll in the probation office's Computer and Internet Monitoring Program (CIMP) and must abide by the requirements of the CIMP program and the Acceptable Use Contract.

2. You must submit to periodic polygraph testing at the discretion of the probation office as a means to ensure that you are in compliance with the requirements of your supervision or treatment program.

3. You must not frequent or loiter within 100 feet of any location where children are likely to gather or have contact with any child under the age of 18 unless otherwise approved by the probation officer.

4. The defendant must participate in and successfully complete a program of sex offender treatment.

5. The defendant shall not possess or use a computer without the approval of the probation officer. "Computer" includes any electronic device capable of processing or storing data as described at 18 U.S.C § 1030, and all peripheral devices.

6. The defendant must refrain from accessing, viewing, or possessing via the Internet, or any other form of media, any pornography (to include adult pornography) or other materials depicting sexually explicit conduct as defined at 18 U.S.C. § 2256(2).

7. The defendant must submit to polygraph testing when directed by the probation officer to aid in the treatment and supervision process.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Melissa K. Lunsmann
Melissa K. Lunsmann
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jay Kellum
Jay Kellum
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5109
Executed On: August 11, 2026

## ORDER OF THE COURT

Considered and ordered this 11 day of August, 2026, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge